UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )           No. 3:18-CR-135-TAV-HBG
                                    )
ARMANDO SOSA-CHAVEZ,                )
                                    )
            Defendant.              )


## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), the undersigned conducted a change of plea hearing in this case on October 29, 2018. Assistant United States Attorney William A. Roach. Jr., appeared on behalf of the Government. Attorney Kimberly A. Parton represented Defendant Sosa-Chavez, who participated with the aid of an interpreter. At the hearing, Defendant entered a plea of guilty to the one-count Indictment [Doc. 1], in exchange for the commitments made by the Government in the written plea agreement [Docs. 10 & 11]. On the basis of the record made at the hearing, I find the Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; the Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, the undersigned **RECOMMENDS** that Defendant's guilty plea to the single count in the Indictment be granted and accepted by the Chief District Judge and that the Chief

1

District Judge adjudicate Defendant guilty of the charge set forth in the Indictment. The undersigned further **RECOMMENDS** that Defendant remain in custody until sentencing in this matter. Adjudication of guilt and imposition of sentence are specifically reserved for the Chief District Judge.[1]

Respectfully submitted,

United States Magistrate Judge

---

[1]The Court notifies the parties of the following: You have the right to *de novo* review by the district judge of the above findings. Any application for review must be in writing, must specify the portions of the findings or proceedings to which the party objects, and must be filed and served no later than **fourteen days** after the change of plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).

2