UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | No.: 3:18-CR-135-TAV-HBG |
| ARMANDO SOSA-CHAVEZ, | ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court on the Report and Recommendation on the Plea of Guilty as to defendant entered by United States Magistrate Judge H. Bruce Guyton on October 29, 2018 (the "R&R") [Doc. 13]. In the R&R, Magistrate Judge Guyton finds that the defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51.

After a careful review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Guyton's analysis and recommendations, which the Court adopts and incorporates into its ruling. Therefore, the Court will **ACCEPT IN**

**WHOLE** the R&R [Doc. 13]. The Court **ACCEPTS** defendant's guilty plea to the single count in the Indictment [Doc. 1]. Defendant is hereby **ADJUDGED** guilty of illegal reentry, in violation of 8 U.S.C. § 1326(a) and (b)(1), that is, on or about July 25, 2018, at or near Blount County, Tennessee, in the Eastern District of Tennessee, defendant was found in the United States after having been removed and deported therefrom on or about April 10, 2018, subsequent to a conviction on or about March 28, 2018, for illegal reentry, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States. The Court further **ORDERS** defendant to remain in custody until sentencing in this matter.

      IT IS SO ORDERED.

                        s/ Thomas A. Varlan
                        CHIEF UNITED STATES DISTRICT JUDGE